WALLACE C. DOOLITTLE (SBN 158116)
BRADLEY D. BAYAN (SBN 218751)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California 94541

TELEPHONE: (510) 888-0600
FACSIMILE: (510) 888-0606
EMAIL: doolittlew@doolittlelaw.com

Attorneys for Defendants JEFFREY SCHREIBER and SUZANNE E. SCHREIBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive<br><br>Defendants, | Case No. CV 08 2209<br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) |

Defendant SUZANNE E. SCHREIBER, hereby joins in Defendant JEFFREY SCHREIBER'S Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Dated: April 28, 2008

Respectfully Submitted
THE LAW OFFICES OF WALACE C. DOOLITTLE

_____
Bradley D. Bayan, Esq.
Attorney for Defendants Jeffrey Schreiber
And Suzanne Schreiber

1