WALLACE C. DOOLITTLE (SBN 158116)
BRADLEY D. BAYAN (SBN 218751)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California 94541

TELEPHONE: (510) 888-0600
FACSIMILE: (510) 888-0606
EMAIL: doolittlew@doolittlelaw.com

Attorneys for Defendants JEFFREY SCHREIBER and SUZANNE E. SCHREIBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>         Plaintiff,<br><br>v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive<br><br>         Defendants, | Case No. CV 082209<br><br>DEFENDANTS' DEMAND FOR JURY TRIAL |

Defendants JEFFREY SCHREIBER and SUZANNE E. SCHREIBER hereby demand trial by jury in this action.

Dated April 29, 2008          Respectfully Submitted
                              THE LAW OFFICES OF WALACE C. DOOLITTLE

                              _____
                              Bradley D. Bayan, Esq.
                              Attorney for Defendants Jeffrey Schreiber
                              And Suzanne Schreiber

# CERTIFICATE OF SERVICE

I am employed in Alameda County, California, and am over the age of eighteen years and not a party to the within entitled action. My business address is 1260 B Street, Suite 220, Hayward, California 94541.

On April 29, 2008 served the following in regard to case number   CV 08 2209
United States District Court
Northern District of California

**DEFENDANTS' DEMAND FOR JURY TRIAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Robert L. Pollak (SBN 083950)**
**Glassberg, Pollak & Associates**
**425 California Street, Suite 850**
**San Francisco, CA 94104-2193**

**BY OVERNIGHT DELIVERY**: I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier.

I declare under penalty of perjury under the laws of the State of California that the forgoing is a true and correct statement and that this Proof of Service was executed on April 29, 2008.

By: _____
Bradley D. Bayan