1  WALLACE C. DOOLITTLE (SBN 158116)
   BRADLEY D. BAYAN (SBN 218751)
2  **LAW OFFICES OF WALLACE C. DOOLITTLE**
   1260 B Street, Suite 220
3  Hayward, California 94541

4  TELEPHONE: (510) 888-0600
   FACSIMILE:  (510) 888-0606
5  EMAIL:      doolittlew@doolittlelaw.com

6  Attorneys for Defendants JEFFREY SCHREIBER and SUZANNE E. SCHREIBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive<br><br>    Defendants, | Case No. CV 082209<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) |

1

# CERTIFICATE OF SERVICE

I am employed in Alameda County, California, and am over the age of eighteen years and not a party to the within entitled action. My business address is 1260 B Street, Suite 220, Hayward, California 94541.

On April 29, 2008 served the following in regard to case number   CGC08473266
Superior Court State of California
County of San Francisco

**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §1441(b)**   (State Court Case Number CGC 08473266)

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
(Federal Court Case Number CV 082209)

**JOINDER IN NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
(Federal Court Case Number CV 082209)

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Robert L. Pollak (SBN 083950)**
**Glassberg, Pollak & Associates**
**425 California Street, Suite 850**
**San Francisco, CA 94104-2193**

**BY OVERNIGHT DELIVERY**: I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier.

I declare under penalty of perjury under the laws of the State of California that the forgoing is a true and correct statement and that this Proof of Service was executed on April 29, 2008.

By: _____
Bradley D. Bayan

2