IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMMONDS AND NARITA LLP,   No. C 08-02209SI

    Plaintiff,   **NOTICE**

v.

JEFFREY SCHREIBER,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the defendant's motion to dismiss has been continued to Friday, July 25, 2008, at 9:00 a.m.

Dated: May 20, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk