**SMITH LILLIS PITHA LLP**
DAMIEN P. LILLIS (SBN 191258)
dlillis@slplawfirm.com
400 Montgomery Street, Suite 501
San Francisco, California 94104
Telephone:  (415) 814-0405
Facsimile:  (415) 217-7011

Attorneys for Plaintiff
Simmonds & Narita LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 08 2209 SI<br><br>**APPLICATION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF AND SUBSTITUTION OF NEW COUNSEL AND [PROPOSED] ORDER** |

　　　　Plaintiff Simmonds & Narita LLP hereby applies to the Court and requests that the Court permit the withdrawal of current counsel for Plaintiff, Glassberg, Pollak & Associates, and permit the substitution of new counsel for Plaintiff, Smith Lillis Pitha LLP, as counsel of record in the place and stead of Glassberg, Pollak & Associates.  Smith Lillis Pitha LLP is located at 400 Montgomery Street, Suite 501, San Francisco, CA  94104, 415-814-0405 (t), 415-217-7011 (f), and its partner Damien P. Lillis (SBN 191258), dlillis@slplawfirm.com, is duly admitted to practice in this District.

Plaintiff requests and consents to this withdrawal and substitution:

Dated: May ___, 2008                PLAINTIFF SIMMONDS & NARITA LLP

By: _____
Tomio Narita, Partner

Former counsel consents to this withdrawal and substitution:

Dated: May 28, 2008                 GLASSBERG, POLLAK & ASSOCIATES

By: /s/ Robert Pollak
ROBERT L. POLLAK

New counsel consents to this substitution:

Dated: May 28, 2008                 SMITH LILLIS PITHA LLP

By: _____/s/_____
DAMIEN P. LILLIS
Attorneys for Plaintiff

**ORDER**

THE FOREGOING WITHDRAWAL AND SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED:

Dated:

_____
Honorable Susan Illston
United States District Judge

1     Plaintiff requests and consents to this withdrawal and substitution:

2     Dated: May 28, 2008            PLAINTIFF SIMMONDS & NARITA LLP

By: _____
Tomio Narita, Partner

6     Former counsel consents to this withdrawal and substitution:

7     Dated: May ___, 2008            GLASSBERG, POLLAK & ASSOCIATES

By: _____
ROBERT L. POLLAK

11     New counsel consents to this substitution:

12     Dated: May 28, 2008            SMITH LILLIS PITHA LLP

By: _____/s_____
DAMIEN P. LILLIS
Attorneys for Plaintiff

**ORDER**

THE FOREGOING WITHDRAWAL AND SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED:

Dated:

_____
Honorable Susan Illston
United States District Judge