**SMITH LILLIS PITHA LLP**
DAMIEN P. LILLIS (SBN 191258)
dlillis@slplawfirm.com
400 Montgomery Street, Suite 501
San Francisco, California 94104
Telephone:   (415) 814-0405
Facsimile:   (415) 217-7011

Attorneys for Plaintiff
Simmonds & Narita LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 08 2209 SI<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES**<br><br>[Civil L.R. 3-16] |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Michael Simmonds, Tomio Narita, partners in Plaintiff Simmonds & Narita LLP.

Dated:  July 3, 2008　　　　　　　　　　　　SMITH LILLIS PITHA LLP

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　DAMIEN P. LILLIS, Attorneys for Plaintiff

1
CERTIFICATION OF INTERESTED PARTIES

Case No. CV 08 2209 SI