# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA


Simmonds & Narita LLP

                  Plaintiff(s),

                v.

Jeffrey Schreiber, Suzanne Schreiber

                 Defendant(s).
_____/

CASE NO. C 08-02209 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE


Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Damien P. Lillis | Plaintiff | 415-814-0411 | dlillis@slplawfirm.com |
| Wallace Doolittle | Defendants | 510-888-0603 | doolittlew@doolittlelaw.com |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*


Dated: July 22, 2008

Dated: July 23, 2008

/s Damien Lillis
Attorney for Plaintiff

Attorney for Defendant

Rev 12.05