**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-2209SI            Judge:   SUSAN ILLSTON

Title: SIMMONDS & NARITA -v- JEFFREY SHRIEBER

Attorneys: Lillis            Doolittle (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **11/14/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **4/3/09    @ 9:00 a.m.**   for Motions
(Motion due **2/27/09**, Opposition **3/13/09** Reply **3/20/09**)

Case continued to **5/5/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **5/18/09    @ 8:30 a.m.**  for Trial (JURY:  Days)
Discovery Cutoff: 12/19/08  Designate Experts by: 1/5/09, Rebuttal Experts:1/16/09, Expert Discovery Cutoff:2/13/09

ORDERED AFTER HEARING:
This case shall be referred to a magistrate judge for settlement purposes.  The settlement conference shall occur by 10/31/08.

cc: Wings