United States District Court
For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6  SIMMONDS & NARITA, LLP
7          Plaintiff(s),                    NO: C-08-2209 SI (MEJ)
                                            NOTICE AND ORDER OF
8    vs.                                    SETTLEMENT CONFERENCE
9  JEFFREY SHRIEBER.
10         Defendant(s).
11  _____/
12
13         PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference
14  before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **October
15  28, 2008, at 10:00 a.m**. in **Judge James' CHAMBERS**, located at the Federal Building, 450
16  Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately
17  notify the Court if this matter settles or is dismissed before the settlement conference date.** On
18  the date of the settlement conference, counsel and parties shall use the telephone adjacent to
19  chambers' security entrance to notify the Court of their arrival.
20         Settlement Conference statements shall be submitted in accordance with Magistrate Judge
21  James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which
22  may be obtained from the Northern District of California's website at
23  http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin,
24  then choose Magistrate Judge James.
25         When filing papers that require the Court to take any action (e.g. motions, calendaring issues,
26  administrative requests or a request to be excused from attendance), the parties shall, in addition to
27  filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next
28  court day following the day the papers are filed electronically. These printed copies shall be marked

"Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: August 22, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2