WALLACE C. DOOLITTLE (SBN 158116)
BRADLEY D. BAYAN (SBN 218751)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California 94541

TELEPHONE: (510) 888-0600
FACSIMILE: (510) 888-0606
EMAIL: doolittlew@doolittlelaw.com

Attorneys for Defendants JEFFREY SCHREIBER and SUZANNE E. SCHREIBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive<br><br>　　　　　　　　　　Defendants, | Case No. C-08-2209-SI<br><br>[Proposed] ORDER RE: EX-PARTE APPLICATION REQUESTING EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT CONFERENCE |

THIS COURT having given opportunity to all parties in this action to file briefs in connection with this ex parte application and GOOD CAUSE APPEARING HEREBY ORDERS:

The current deadline in which the parties are required to complete the Settlement Conference in this matter is extended to ____Nov. 21____, 2008

1 | The date of the Further Case Management Conference in this matter is continued from
2 | November 14, 2008, to  December 19, 2009.

5 | Dated:

_____
Honorable

2

ORDER OF THE COURT
RE: EX PARTE APPLICATION