RONALD E. MALLEN (SBN: 040928)
KENDRA L. BASNER (SBN: 250088)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070
rmallen@hinshawlaw.com
kbasner@hinshawlaw.com

*Attorneys for Plaintiff*
SIMMONDS & NARITA LLP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMMONDS & NARITA LLP, a limited liability partnership,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY SCHREIBER; SUZANNE E. SCHREIBER, and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: CV 08 2209 SI<br><br>**APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF NEW COUNSEL FOR PLAINTIFF AND (PROPOSED) ORDER** |

Plaintiff Simmonds & Narita LLP hereby applies to the Court and requests that the Court permit the withdrawal of current counsel for Plaintiff, Smith Lillis Pitha, LLP, and permit the substitution of new counsel for Plaintiff, Hinshaw & Culbertson, LLP, as counsel of record in the place of Smith Lillis Pitha, LLP. Hinshaw & Culbertson, LLP is located at One California Street, 18th Floor, San Francisco, California 94111, telephone 415-362-6000, facsimile 415-834-9070, and its partner Ronald E. Mallen (SBN 040928), rmallen@hinshawlaw.com, and associate Kendra L. Basner (SBN 250088), kbasner@hinshawlaw.com, are duly admitted to practice in this District.

///

Plaintiff requests and consents to this withdrawal and substitution:

DATED: 9/24, 2008

PLAINTIFF SIMMONDS & NARITA LLP

By: _____
TOMIO NARITA, Partner

Former counsel consents to this withdrawal and substitution:

DATED: 9/23, 2008

SMITH LILLIS PITHA LLP

By: _____
DAMIEN P. LILLIS

New counsel consents to this substitution:

DATED: 9/25, 2008

HINSHAW & CULBERTSON LLP

By: _____
Ronald E. Mallen
Kendra L. Basner
*Attorneys for Plaintiff*
SIMMONDS & NARITA LLP

**ORDER**

THE FOREGOING WITHDRAWAL AND SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED:

Dated: _____
Honorable Susan Illston
United States District Judge

2
APP. FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
AND (PROPOSED) ORDER
CASE NO. CV 08 2209 SI
2975472v1 NEWFILE NEWFILE

# PROOF OF SERVICE

## SIMMONDS & NARITA LLP V. JEFFREY SCHREIBER, ET AL.

### Case No. CV 08 2209 SI

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, CA 94111.

On September 29, 2008, I served the document(s) entitled, APPLICATION FOR WITHDRAWAL AND SUBSTITUTION OF NEW COUNSEL FOR PLAINTIFF AND (PROPOSED) ORDER, on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE/MAILING LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE TRANSMISSION):** I caused a true copy thereof from sending facsimile machine telephone number 415-834-9070 to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

☐ **(VIA OVERNIGHT MAIL):** I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☐ **(BY HAND DELIVERY):** I caused each such envelope(s) to be delivered by hand to the addressee(s) mentioned in the attached service/mailing list.

☒ **(BY ELECTRONIC MAIL)** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on September 29, 2008, at San Francisco, California.

*Annette Di Giovanni*
ANNETTE DI GIOVANNI

2975677v1 NEWFILE NEWFILE

# SERVICE/MAILING LIST

Simmonds & Narita LLP v. Jeffrey Schreiber, et al.
Case No. CV 08 2209 SI

**Attorney for Defendants Jeffrey Schreiber and Suzanne E. Schreiber**
Wallace Doolittle
LAW OFFICES OF WALLACE DOOLITTLE
1260 B Street, Suite 220
Hayward, CA 94541
T: 510-888-0600
F: 510-888-0606
Email: doolittlew@doolittlelaw.com

**Attorney for Plaintiff Simmonds & Narita LLP**
Damien P. Lillis
SMITH, LILLIS, PITHA LLP
400 Montgomery Street, Suite 501
San Francisco, CA 94104
T: 415-814-0405
F: 415-217-7011
Email: dllillis@slplawfirm.com