| | |
|---|---|
| 1 | Peter J. Van Zandt – SBN 152321 |
| 2 | Brian S. Whittemore – SBN 241631 |
| | BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA, LLP |
| 3 | 601 California Street, 16th Floor |
| | San Francisco, CA 94108 |
| 4 | Telephone: (415) 981-5411 |
| | Facsimile: (415) 981-0352 |
| 5 | |
| 6 | Attorneys for Defendants JEFFREY SCHREIBER; SUZANNE E. SCHREIBER |

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN FRANCISCO

| | |
|---|---|
| SIMMONDS & NARITA, a limited liability partnership, | Case No. CV 08 2209 SI |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY** |
| JEFFREY SCHREIBER; SUZANNE E. SCHREIBER; and DOES 1 through 50, inclusive, | |
| | **Before the Honorable Suzanne Illston** |
| Defendants. | |

The Court has reviewed the Substitution of Attorneys pleading submitted on behalf of and with the consent of Defendants JEFFERY SCHREIBER and SUZANNE SCREIBER. Defendants' prior counsel, Wallace Doolittle, is aware of and has consented to the proposed substitution.

After considering the papers filed in support of this substitution and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

|     |     |
| --- | --- |
| 1   |     |
| 2   | It is ORDERED that Peter Van Zandt, Esq. and Brian S. Whittemore, Esq., of the law firm Bledsoe, Cathcart, Deistel, Pedersen & Treppa, LLP, are substituted as counsel of record for defendants JEFFREY SCHREIBER and SUZANNE SCHREIBER. |

1   It is ORDERED that Peter Van Zandt, Esq. and Brian S. Whittemore, Esq., of the
law firm Bledsoe, Cathcart, Deistel, Pedersen & Treppa, LLP, are substituted as counsel of
record for defendants JEFFREY SCHREIBER and SUZANNE SCHREIBER.

IT IS SO ORDERED

Dated:  November 12, 2008

By_____
Honorable ~~Suzanne~~ Illston
Susan

2
[PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY